IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE G. GREENWOOD, | No. C 08-2410 WHA (PR) |
| Petitioner, | **ORDER DENYING RESPONDENT'S MOTION FOR STAY** |
| v. | |
| ROBERT L. AYERS, Warden, | |
| Respondent. | |

This is a habeas case filed pro se by a state prisoner to challenge a Board of Parole Hearings decision denying him parole. On June 5, 2008, an order to show cause was issued. Respondent now has filed a motion to stay this case indefinitely pending the en banc decision in *Hayward v. Marshall*, 512 F.3d 536 (9th Cir.), *reh'g en banc granted*, No. 06-55392, slip op. at 1 (9th Cir. May 16, 2008).

Respondent asserts that a stay is warranted on basis of judicial economy because *Hayward* "may" decide various issues applicable to this case. It is an abuse of discretion for a district court to stay a habeas petition indefinitely pending appellate resolution of a different case involving parallel issues. *Yong v. INS*, 208 F.3d 1116, 1120-22 (9th Cir. 2000). Accordingly, the motion for a stay (document number 4 on the docket) is **DENIED**. The time to file an answer is **EXTENDED** to a date sixty days from the date this order is entered.

**IT IS SO ORDERED.**

Dated: August    8   , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\GREENWOOD2410.STAY-deny-R.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GEORGE S. GREENWOOD,

        Plaintiff,

  v.

ROBERT L. AYERS, Warden,

        Defendant.

                        /

Case Number: CV08-02410 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George G. Greenwood
C-57110/ 4-N-91
San Quentin State Prison
San Quentin, CA 94964

Dated: August 11, 2008

                                        Richard W. Wieking, Clerk
                                        By: Frank Justiliano, Deputy Clerk